UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **DON A. KEMP** | **CIVIL ACTION NO. 03-1633** |
| **VERSUS** | **U. S. DISTRICT JUDGE DEE D. DRELL** |
| **ALBERTO GONZALES, et al.** | **U. S. MAGISTRATE JUDGE JAMES D. KIRK** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the Government, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, Doc. #34, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 28th day of November, 2007.

Dee D. Drell
United States District Judge