UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| DON A. KEMP | CIVIL ACTION NO. 03-1633-M |
| -vs- | JUDGE DRELL |
| ALBERTO GONZALES, et al. | MAGISTRATE JUDGE KIRK |

**O R D E R**

The Report and Recommendation (Doc. No. 60) regarding AKAL's Motion for Summary Judgment (Doc. No. 33) is not adopted, considering AKAL's documented objections (Doc. No. 63 and attachments). Because the ADA claims in this Court are ripe for adjudication, the Motion for summary Judgment is returned to Magistrate James D. Kirk for a report and recommendation on the merits of the motion.

SIGNED on this 29th day of November, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge